# Exhibit 5

OPTICAL SOCIETY OF AMERICA

# HANDBOOK OF OPTICS

## CLASSICAL, VISION, & X-RAY OPTICS

• SECOND EDITION •

VOLUME **III**

MICHAEL BASS  EDITOR IN CHIEF

JAY M. ENOCH • ERIC W. VAN STRYLAND • WILLIAM L. WOLFE  ASSOCIATE EDITORS

Microsoft_HoloLens_WSOU000008896

Don Bilderback

Microsoft_HoloLens_WSOU000008897

# HANDBOOK OF OPTICS

**Volume III**
**Classical Optics, Vision Optics, X-Ray Optics**

Second Edition

**Sponsored by the**
**OPTICAL SOCIETY OF AMERICA**

### Michael Bass   Editor in Chief

*School of Optics / The Center for Research and Education in Optics and Lasers (CREOL),*
*University of Central Florida*
*Orlando, Florida*

### Jay M. Enoch   Associate Editor

*School of Optometry, University of California at Berkeley*
*Berkeley, California*
*and*
*Department of Ophthalmology*
*University of California at San Francisco*
*San Francisco, California*

### Eric W. Van Stryland   Associate Editor

*School of Optics / The Center for Research and Education in Optics and Lasers (CREOL),*
*University of Central Florida*
*Orlando, Florida*

### William L. Wolfe   Associate Editor

*Optical Sciences Center, University of Arizona*
*Tucson, Arizona*

**McGRAW-HILL**
New York   San Francisco   Washington, D.C.   Auckland   Bogotá
Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

Microsoft_HoloLens_WSOU000008898

# McGraw-Hill 

*A Division of The McGraw-Hill Companies*

Copyright © 2001 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   0 6 5 4 3 2 1 0

ISBN 0-07-135408-5

*The sponsoring editor for this book was Stephen S. Chapman and the production supervisor was Sherri Souffrance. It was set in Times Roman by North Market Street Graphics.*

*Printed and bound by R. R. Donnelley & Sons Company.*

 This book was printed on recycled, acid-free paper containing a minimum of 50% recycled, de-inked fiber.

*McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.*

Information contained in this work has been obtained by The McGraw-Hill Companies, Inc. ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantee the accuracy or completeness of any information published herein, and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

Microsoft_HoloLens_WSOU000008899

# CONTENTS

Contributors   xiii
Preface   xv

## Part 1. Classical Optics

**Chapter 1. Adaptive Optics**   *Robert Q. Fugate*   1.3

    1.1   Glossary / *1.3*
    1.2   Introduction / *1.4*
    1.3   The Adaptive Optics Concept / *1.5*
    1.4   The Nature of Turbulence and Adaptive Optics Requirements / *1.8*
    1.5   AO Hardware and Software Implementation / *1.23*
    1.6   How to Design an Adaptive Optical System / *1.40*
    1.7   References / *1.48*

**Chapter 2. Nonimaging Optics: Concentration and Illumination**
       *William Cassarly*   2.1

    2.1   Introduction / *2.1*
    2.2   Basic Calculations / *2.2*
    2.3   Software Modeling of Nonimaging Systems / *2.6*
    2.4   Basic Building Blocks / *2.8*
    2.5   Concentration / *2.12*
    2.6   Uniformity and Illumination / *2.23*
    2.7   References / *2.42*

**Chapter 3. Volume Scattering in Random Media**   *Aristide Dogariu*   3.1

    3.1   Glossary / *3.1*
    3.2   Introduction / *3.2*
    3.3   General Theory of Scattering / *3.3*
    3.4   Single Scattering / *3.4*
    3.5   Multiple Scattering / *3.8*
    3.6   References / *3.16*

**Chapter 4. Solid-State Cameras**   *Gerald C. Holst*   4.1

    4.1   Glossary / *4.1*
    4.2   Introduction / *4.2*
    4.3   Imaging System Applications / *4.3*
    4.4   Charge-Coupled Device Array Architecture / *4.3*
    4.5   Charge Injection Device / *4.6*
    4.6   Complementary Metal-Oxide Semiconductor / *4.8*

Microsoft_HoloLens_WSOU000008900

4.7   Array Performance / *4.9*
4.8   Camera Performance / *4.13*
4.9   Modulation Transfer Function / *4.15*
4.10  Resolution / *4.15*
4.11  Sampling / *4.17*
4.12  Storage, Analysis, and Display / *4.20*
4.13  References / *4.21*

**Chapter 5. Xerographic Systems   Howard Stark**                                        **5.1**

5.1   Introduction and Overview / *5.1*
5.2   Creation of the Latent Image / *5.2*
5.3   Development / *5.5*
5.4   Transfer / *5.10*
5.5   Fusing / *5.10*
5.6   Cleaning and Erasing / *5.11*
5.7   Control Systems / *5.11*
5.8   Color / *5.11*
5.9   References / *5.13*

**Chapter 6. Photographic Materials   John D. Baloga**                                   **6.1**

6.1   Introduction / *6.1*
6.2   The Optics of Photographic Films / *6.2*
6.3   The Photophysics of Silver Halide Light Detectors / *6.8*
6.4   The Stability of Photographic Image Dyes Toward Light Fade / *6.10*
6.5   Photographic Spectral Sensitizers / *6.14*
6.6   General Characteristics of Photographic Films / *6.19*
6.7   References / *6.29*

**Chapter 7. Radiometry and Photometry: Units and Conversions**
          **James M. Palmer**                                                            **7.1**

7.1   Glossary / *7.1*
7.2   Introduction and Background / *7.2*
7.3   Symbols, Units, and Nomenclature in Radiometry / *7.5*
7.4   Symbols, Units, and Nomenclature in Photometry / *7.6*
7.5   Conversion of Radiometric Quantities to Photometric Quantities / *7.12*
7.6   Conversion of Photometric Quantities to Radiometric Quantities / *7.13*
7.7   Radiometric/Photometric Normalization / *7.15*
7.8   Other Weighting Functions and Conversions / *7.18*
7.9   Bibliography / *7.18*
7.10  Further Reading / *7.19*

**Part 2.   Vision Optics**

**Chapter 8. Update to Part 7 ("Vision") of Volume I of the *Handbook of Optics***
          **Theodore E. Cohn**                                                           **8.1**

8.1   Introduction / *8.3*
8.2   Bibliography / *8.4*

**Chapter 9. Biological Waveguides**   *Vasudevan Lakshminarayanan and Jay M. Enoch*                                                                 9.1

    9.1   Glossary / 9.1  
    9.2   Introduction / 9.2  
    9.3   Waveguiding in Retinal Photoreceptors and the Stiles-Crawford Effect / 9.3  
    9.4   Waveguides and Photoreceptors / 9.3  
    9.5   Photoreceptor Orientation and Alignment / 9.5  
    9.6   Introduction to the Models and Theoretical Implications / 9.7  
    9.7   Quantitative Observations of Single Receptors / 9.15  
    9.8   Waveguide Modal Patterns Found in Monkey/Human Retinal Receptors / 9.18  
    9.9   Light Guide Effect in Cochlear Hair Cells and Human Hair / 9.24  
    9.10  Fiber-Optic Plant Tissues / 9.26  
    9.11  Summary / 9.29  
    9.12  References / 9.29  

**Chapter 10. Adaptive Optics in Retinal Microscopy and Vision**   *Donald T. Miller*                                                                10.1

    10.1  Glossary / 10.1  
    10.2  Introduction / 10.2  
    10.3  The Mathematics of the Eye's Aberrations / 10.4  
    10.4  The Effect of Diffraction and Aberrations / 10.4  
    10.5  Correcting the Eye's Aberrations / 10.5  
    10.6  Retinal Microscopy with Adaptive Optics / 10.9  
    10.7  Adaptive Optics and Vision / 10.9  
    10.8  Medical and Scientific Applications / 10.12  
    10.9  References / 10.14  

**Chapter 11. Assessment of Refraction and Refractive Errors**   *William F. Long, Ralph Garzia, and Jeffrey L. Weaver*                                11.1

    11.1  Glossary / 11.1  
    11.2  Introduction / 11.1  
    11.3  Refractive Errors / 11.2  
    11.4  Assessing Refractive Error / 11.3  
    11.5  Correcting Refractive Error / 11.6  
    11.6  Contact Lenses / 11.10  
    11.7  Cataract, Aphakic, and Pseudophakic Corrections / 11.13  
    11.8  Aniseikonia and Anisophoria / 11.14  
    11.9  Refractive Surgery / 11.15  
    11.10 Myopia Research and Visual Training / 11.17  
    11.11 References / 11.18  

**Chapter 12. Binocular Vision Factors That Influence Optical Design**   *Clifton Schor*                                                             12.1

    12.1  Glossary / 12.1  
    12.2  Combining the Images in the Two Eyes into One Perception of the Visual Field / 12.3  
    12.3  Distortion of Space by Monocular Magnification / 12.13  
    12.4  Distortion of Space Perception from Interocular Anisomagnification (Unequal Binocular Magnification) / 12.17  
    12.5  Distortions of Space from Convergence Responses to Prism / 12.20

12.6   Eye Movements  /  *12.20*
12.7   Coordination and Alignment of the Two Eyes  /  *12.21*
12.8   Effects of Lenses and Prism on Vergence and Phoria  /  *12.25*
12.9   Prism-Induced Errors of Eye Alignment  /  *12.28*
12.10  Head and Eye Responses to Direction (Gaze Control)  /  *12.29*
12.11  Focus and Responses to Distance  /  *12.30*
12.12  Video Headsets, Heads-Up Displays, and Virtual Reality:  Impact on Binocular Vision  /  *12.31*
12.13  References  /  *12.36*

**Chapter 13.  Optics and Vision of the Aging Eye**   *John S. Werner and Brooke E. Schefrin*   **13.1**

13.1   Glossary  /  *13.1*
13.2   Introduction  /  *13.2*
13.3   The Graying of the Planet  /  *13.2*
13.4   The Senescent Eye and the Optical Image  /  *13.5*
13.5   Senescent Changes in Vision  /  *13.12*
13.6   Age-Related Ocular Diseases Affecting Visual Function  /  *13.19*
13.7   The Aging World from the Optical Point of View  /  *13.22*
13.8   Conclusions  /  *13.25*
13.9   References  /  *13.25*

**Chapter 14.  Radiometry and Photometry Review for Vision Optics**   *Yoshi Ohno*   **14.1**

14.1   Introduction  /  *14.1*
14.2   Basis of Physical Photometry  /  *14.1*
14.3   Photometric Base Unit—The Candela  /  *14.3*
14.4   Quantities and Units in Photometry and Radiometry  /  *14.3*
14.5   Principles in Photometry and Radiometry  /  *14.8*
14.6   Practice in Photometry and Radiometry  /  *14.12*
14.7   References  /  *14.12*

**Chapter 15.  Ocular Radiation Hazards**   *David H. Sliney*   **15.1**

15.1   Glossary  /  *15.1*
15.2   Introduction  /  *15.2*
15.3   Injury Mechanisms  /  *15.2*
15.4   Types of Injury  /  *15.4*
15.5   Retinal Irradiance Calculations  /  *15.8*
15.6   Examples  /  *15.8*
15.7   Exposure Limits  /  *15.9*
15.8   Discussion  /  *15.11*
15.9   References  /  *15.15*

**Chapter 16.  Vision Problems at Computers**   *James E. Sheedy*   **16.1**

16.1   Introduction  /  *16.1*
16.2   Work Environment  /  *16.2*
16.3   Vision and Eye Conditions  /  *16.4*
16.4   References  /  *16.6*

Microsoft_HoloLens_WSOU000008903

Case 6:20-cv-00459-ADA   Document 50-1   Filed 02/24/21   Page 10 of 15

**Chapter 17. Human Vision and Electronic Imaging**   *Bernice E. Rogowitz, Thrasyvoulos N. Pappas, and Jan P. Allebach*   **17.1**

- 17.1 Introduction / *17.1*
- 17.2 Early Vision Approaches: The Perception of Imaging Artifacts / *17.2*
- 17.3 Higher-Level Approaches: The Analysis of Image Features / *17.3*
- 17.4 Very High-Level Approaches: The Representation of Aesthetic and Emotional Characteristics / *17.9*
- 17.5 Conclusions / *17.11*
- 17.6 Additional Information on Human Vision and Electronic Imaging / *17.12*
- 17.7 References / *17.12*

**Chapter 18. Visual Factors Associated with Head-Mounted Displays**   *Brian H. Tsou and Martin Shenker*   **18.1**

- 18.1 Glossary / *18.1*
- 18.2 Introduction / *18.1*
- 18.3 Common Design Considerations Among All HMDs / *18.2*
- 18.4 Characterizing HMD / *18.6*
- 18.5 Summary / *18.10*
- 18.6 Appendix / *18.10*
- 18.7 References / *18.13*

# Part 3.   X-Ray and Neutron Optics

**SUBPART 3.1.   INTRODUCTION**

**Chapter 19. An Introduction to X-Ray Optics and Neutron Optics**   *Carolyn A. MacDonald and Walter M. Gibson*   **19.1**

- 19.1 A New Century of X-Ray and Neutron Optics / *19.5*
- 19.2 X-Ray Interaction with Matter / *19.6*
- 19.3 Optics Choices / *19.7*
- 19.4 References / *19.10*

**SUBPART 3.2.   REFRACTIVE OPTICS**

**Chapter 20. Refractive X-Ray Optics**   *B. Lengeler, C. Schroer, J. Tümmler, B. Benner, A. Snigirev, and I. Snigireva*   **20.3**

- 20.1 Introduction / *20.3*
- 20.2 Concept and Manufacture of Parabolic X-Ray Lenses / *20.3*
- 20.3 Generation of a Microfocus by Means of a CRL / *20.5*
- 20.4 Imaging of an Object Illuminated by an X-Ray Source by Means of a CRL: Hard X-Ray Microscope / *20.7*
- 20.5 Summary and Outlook / *20.8*
- 20.6 References / *20.9*

**SUBPART 3.3.   DIFFRACTIVE AND INTERFERENCE OPTICS**

**Chapter 21. Gratings and Monochromators in the VUV and Soft X-Ray Spectral Region**   *Malcolm R. Howells*   **21.3**

- 21.1 Introduction / *21.3*
- 21.2 Diffraction Properties / *21.4*

Microsoft_HoloLens_WSOU000008904

21.3  Focusing Properties / 21.5
21.4  Dispersion Properties / 21.9
21.5  Resolution Properties / 21.9
21.6  Efficiency / 21.10
21.7  References / 21.10

**Chapter 22. Crystal Monochromators and Bent Crystals**  *Peter Siddons*   22.1

22.1  Crystal Monochromators / 22.1
22.2  Bent Crystals / 22.4
22.3  References / 22.6

**Chapter 23. Zone and Phase Plates, Bragg-Fresnel Optics**  *Alan Michette*   23.1

23.1  Introduction / 23.1
23.2  Zone Plate Geometry / 23.2
23.3  Amplitude Zone Plates / 23.4
23.4  Phase Zone Plates / 23.5
23.5  Manufacture of Zone Plates / 23.6
23.6  Bragg-Fresnel Optics / 23.7
23.7  References / 23.8

**Chapter 24. Multilayers**  *Eberhard Spiller*   24.1

24.1  Glossary / 24.1
24.2  Introduction / 24.1
24.3  Calculation of Multilayer Properties / 24.3
24.4  Fabrication Methods and Performance / 24.4
24.5  References / 24.11

**Chapter 25. Polarizing Crystal Optics**  *Qun Shen*   25.1

25.1  Introduction / 25.1
25.2  Linear Polarizers / 25.2
25.3  Linear Polarization Analyzers / 25.4
25.4  Phase Plates for Circular Polarization / 25.5
25.5  Circular Polarization Analyzers / 25.6
25.6  References / 25.8

**SUBPART 3.4.  TOTAL REFLECTION OPTICS**

**Chapter 26. Mirrors for Synchrotron Beamlines**  *Andreas Freund*   26.3

26.1  Specific Requirements for Synchrotron X-Ray Optics / 26.3
26.2  Mirror Substrate Quality / 26.4
26.3  Metrology / 26.5
26.4  The Heat Load System / 26.5
26.5  Focusing with Mirrors / 26.6
26.6  References / 26.6

Microsoft_HoloLens_WSOU000008905

Case 6:20-cv-00459-ADA   Document 50-1   Filed 02/24/21   Page 12 of 15

**Chapter 27. The Schwarzschild Objective**  *Franco Cerrina*    27.1

27.1  Introduction / *27.1*
27.2  Applications to X-Ray Domain / *27.3*
27.3  References / *27.5*

**Chapter 28. Astronomical X-Ray Optics**  *Marshall K. Joy*    28.1

28.1  Introduction / *28.1*
28.2  Wolter X-Ray Optics / *28.1*
28.3  Kirkpatrick-Baez Optics / *28.7*
28.4  High Angular Resolution X-Ray Optics / *28.10*
28.5  References / *28.12*

**Chapter 29. Single Capillaries**  *Donald H. Bilderback and Edward D. Franco*    29.1

29.1  Background / *29.1*
29.2  Design Parameters / *29.1*
29.3  Fabrication / *29.4*
29.4  Conclusion / *29.6*
29.5  References / *29.6*

**Chapter 30. Polycapillary and Multichannel Plate X-Ray Optics**  *Carolyn A. MacDonald and Walter M. Gibson*    30.1

30.1  Introduction / *30.1*
30.2  Multichannel Plate Optics / *30.2*
30.3  Polycapillary Optics / *30.4*
30.4  References / *30.15*

**SUBPART 3.5. X-RAY OPTICS SELECTION: APPLICATION, SOURCE, AND DETECTOR REQUIREMENTS**

**SECTION 3.5.1. SOURCES**

**Chapter 31. Electron Impact Sources**  *Johannes Ullrich and Carolyn A. MacDonald*    31.5

31.1  Introduction / *31.5*
31.2  Spectra from Electron Beam Impact X-Ray Sources / *31.5*
31.3  Effect of Current on Source Size and Brightness / *31.7*
31.4  Effect of Anode Material / *31.10*
31.5  Effect of Source Voltage / *31.10*
31.6  General Optimization / *31.10*
31.7  Effect of Different Optics Types on Brightness / *31.11*
31.8  Choosing a Source/Optic Combination / *31.11*
31.9  References / *31.11*

Microsoft_HoloLens_WSOU000008906

**Chapter 32. Synchrotron Radiation Sources**   *S. L. Hulbert and G. P. Williams*   32.1

32.1  Introduction  /  *32.1*
32.2  Theory of Synchrotron Radiation Emission  /  *32.2*
32.3  Conclusion  /  *32.19*
32.4  References  /  *32.20*

**Chapter 33. Novel Sources**   *Alan Michette*   33.1

33.1  Introduction  /  *33.1*
33.2  Laser-Generated Plasmas  /  *33.1*
33.3  Pinch Plasmas  /  *33.3*
33.4  Channeling Radiation  /  *33.3*
33.5  Transition Radiation  /  *33.3*
33.6  Parametric Radiation  /  *33.3*
33.7  X-Ray Lasers  /  *33.4*
33.8  Free-Electron Lasers  /  *33.4*
33.9  References  /  *33.4*

**SECTION 3.5.2.  DETECTORS**

**Chapter 34. X-Ray Detectors**   *Walter M. Gibson*   34.3

34.1  Introduction  /  *34.3*
34.2  Detector Type  /  *34.3*
34.3  Summary  /  *34.9*
34.4  References  /  *34.9*

**SECTION 3.5.3.  APPLICATIONS**

**Chapter 35. Applications Requirements Affecting Optics Selection**
*Carolyn A. MacDonald and Walter M. Gibson*   35.3

35.1  Introduction  /  *35.3*
35.2  Coherence and Flux Requirements  /  *35.3*
35.3  Microscopy  /  *35.4*
35.4  Proximity Lithography  /  *35.4*
35.5  Diffraction  /  *35.6*
35.6  Fluorescence  /  *35.15*
35.7  Medical Applications  /  *35.24*
35.8  References  /  *35.34*

**SUBPART 3.6.  NEUTRON OPTICS**

**Chapter 36. Neutron Optics**   *David Mildner*   36.3

36.1  Introduction  /  *36.3*
36.2  Index of Refraction  /  *36.5*
36.3  Refraction and Mirror Reflection  /  *36.5*
36.4  Prisms and Lenses  /  *36.6*
36.5  Neutron Polarization  /  *36.6*
36.6  Neutron Scattering Lengths  /  *36.7*
36.7  Neutron Attenuation  /  *36.7*
36.8  Refractive Index Matching  /  *36.7*
36.9  Neutron Guides  /  *36.8*

Microsoft_HoloLens_WSOU000008907

36.10 Ultracold Neutrons / *36.9*
36.11 Diffraction / *36.9*
36.12 Interference / *36.10*
36.13 Perfect Crystal Interferometers / *36.11*
36.14 Interferometric Measurement of Scattering Lengths / *36.12*
36.15 Neutron Sources / *36.12*
36.16 Experimental Techniques / *36.13*
36.17 Neutron Polarization / *36.13*
36.18 Larmor Precession / *36.13*
36.19 Neutron Collimation / *36.13*
36.20 Optical Filter / *36.14*
36.21 Converging Guides / *36.14*
36.22 Polycapillary Optics / *36.15*
36.23 Neutron Detection / *36.15*
36.24 References / *36.16*

**SUBPART 3.7. SUMMARY AND APPENDIX**

**Chapter 37. Summary of X-Ray and Neutron Optics**  *Walter M. Gibson and Carolyn A. MacDonald*  **37.3**

**Appendix. X-Ray Properties of Materials**  *E. M. Gullikson*  **A.1**

A.1 Electron Binding Energies, Principal K- and L-Shell Emission Lines, and Auger Electron Energies / *A.3*
A.2 References / *A.9*

**Cumulative Index, Volumes I through IV, follows Appendix**

Microsoft_HoloLens_WSOU000008908

sively is the magnetic circular dichroism in magnetic materials. However, the largest difference experimentally observed in absorption coefficients between the left- and the right-handed circular polarization is on the order of 1 percent, which is too small for any practical use as an X-ray circular polarizer.[13]

Fresnel rhomb is based on the principle that the reflected waves from the surface of a material can have different phase shifts between two othogonal linear states, $\sigma$ and $\pi$. The X-ray analog of this occurs at a Bragg reflection from a crystal and arises from the difference in the intrinsic angular widths (Darwin widths) of the $\sigma$ and the $\pi$ diffracted waves.[14,15] The width for the $\pi$ polarization is smaller than that for the $\sigma$ polarization. Because of a continous phase shift of 180° from one side of the reflection width to the other, a difference in the phase shift can be obtained between the $\sigma$ and the $\pi$ polarizations if the angular position is selected to be near the edge of the angular width. Experimentally, a multiply bounced Bragg reflection is needed to make a ±90° phase shift. The phase shift is independent of the crystal thickness, but this method requires a highly collimated incident beam, about 1/10 of the reflection width, which is usually the limiting factor for its thoughput.[16]

The linear birefringence or double refraction effect relies on the difference in the magnitudes of the wavevectors of two orthogonal linear polarization states, $\sigma$ and $\pi$, when a plane wave travels through a crystalline material. Because of this difference, a phase shift between the $\sigma$ and the $\pi$ traveling waves can be accumulated through the thickness of the birefringent material:[17]

$$\Delta = 2\pi(K_\sigma - K_\pi)t \qquad (7)$$

where $t$ is the thickness, and $K_\sigma$ and $K_\pi$ are the magnitudes of the wavevectors inside the crystal for the $\sigma$ and $\pi$ wavefields, respectively. When the phase shift $\Delta$ reaches ±90°, circularly polarized radiation is generated, and such a device is usually termed a *quarter-wave phase plate* or a *quarter-wave phase retarder*.

For X rays, large birefringence effects exist near strong Bragg reflections in relatively perfect crystals. Depending on the diffraction geometry, one can have three types of transmission birefringence phase retarders: Laue transmission, Laue reflection, and Bragg transmission, as illustrated in Fig. 3b and c. The Laue reflection type[9,18] works at full excitation of a Bragg reflection, while the Laue and the Bragg transmission types[19-22] work at the tails of a Bragg reflection, which has the advantage of a relaxed angular acceptance. In the past few years, it has been demonstrated that the Bragg-transmission-type phase retarders are very practical X-ray circular polarizers. With good-quality diamond single crystals, such circular phase-retarders can tolerate a larger angular divergence and their throughputs can be as high as 0.25, with a degree of circular polarization in the range of from 95 to 99 percent. The handedness of the circular polarization can be switched easily by setting the diffracting crystal to either side of the Bragg reflection rocking curve. There have been some excellent review articles[20-22] in this area and the reader is referred to them for more details.

## 25.5   CIRCULAR POLARIZATION ANALYZERS

Circular polarization $P_3$ of an X-ray beam can be qualitatively detected by magnetic Compton scattering[18] and by magnetic circular dichroism. In general, these techniques are not suitable for quantitative polarization determination because these effects are relatively new and because of the uncertainties in the materials themselves and in the theories describing the effects.

Two methods have been developed in the past few years for quantitative measurements of circular polarization in the X-ray regime. One is to use a quarter-wave phase plate to turn the circular polarization into linear polarization which can then be measured using a linear polarization analyzer (Fig. 4a), as described in the previous sections. This method is entirely analo-

Microsoft_HoloLens_WSOU000009390