# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION<br><br>        Defendant. | CASE NO. 6:20-CV-00459-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATED DISMISSAL OF CASE WITH PREJUDICE

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendant Microsoft Corporation hereby jointly stipulate, under Rule 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of Case No. 6:20-CV-00459-ADA.

The parties' claims for attorneys' fees, costs, and expenses, if any, shall be preserved until resolution of the remaining cases (Case Nos. 6:20-CV-454, -456, -457, -458, -460, -461, -462, -463, -464, and -465).

Dated:  December 20, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ Mark D. Siegmund<br>Max L. Tribble, Jr.<br>Bar No. 2021395<br>Shawn Blackburn<br>Bar No. 24089989 *(pro hac vice)*<br>Bryce Barcelo<br>Bar No. 24092081*(pro hac vice)*<br>sblackburn@susmangodfrey.com<br>mtribble@susmangodfrey.com<br>bbarcelo@susmangodfrey.com | /s/ Barry K. Shelton<br>Michael J. Bettinger<br>Bar No. 122196<br>mbettinger@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 772-1200 |

| | |
|---|---|
| **SUSMAN GODFREY LLP**<br>1000 Louisiana St, Suite 5100<br>Houston, TX 77002-5096<br>Tel: (713) 651-9366 | Richard A. Cederoth<br>Bar No. 6185199<br>John W. McBride<br>Bar No. 6294453<br>rcederoth@sidley.com<br>jwmcbride@sidley.com |
| Kalpana Srinivasan<br>Bar No. 237460 *(pro hac vice)*<br>ksrinivasan@susmangodfrey.com<br>**SUSMAN GODFREY LLP**<br>1900 Avenue Of The Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Tel: (310) 789-3100 | **SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, IL 60603<br>Tel: (312) 853-7000 |
| Nathan K. Cummings<br>Bar No. 41372<br>James L. Etheridge<br>Bar No. 24059147<br>Jeffrey Huang<br>Bar No. 266774<br>Brian Matthew Koide<br>Bar No. 91852<br>Ryan Scott Loveless<br>Bar No. 24036997<br>Brett Aaron Mangrum<br>Bar No. 24065671<br>Travis Lee Richins<br>Bar No. 24061296<br>nathan@etheridgelaw.com<br>jim@etheridgelaw.com<br>jhuang@etheridgelaw.com<br>brian@etheridgelaw.com<br>ryan@etheridgelaw.com<br>brett@etheridgelaw.com<br>travis@etheridgelaw.com<br>**ETHERIDGE LAW GROUP**<br>2600 East Southlake Blvd Suite 120-324<br>Southlake, TX 76902<br>Tel: (703) 989-3062 | Tung T. Nguyen<br>Bar No. 24007745<br>tnguyen@sidley.com<br>**SIDLEY AUSTIN LLP**<br>2021 McKinney Ave., Suite 2000<br>Dallas, TX 75201<br>Tel: (214) 981-3300 |
| | Irene Yang<br>Bar No. 245464<br>irene.yang@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 772-1200 |
| | Barry K. Shelton<br>Bar No. 24055029<br>bshelton@sheltoncoburn.com<br>**SHELTON COBURN LLP**<br>311 RR 620 S<br>Suite 205<br>Austin, TX 78734-4775<br>Tel: (512) 263-2165 |
| Mark D. Siegmund<br>Bar No. 24117055<br>mark@swclaw.com<br>**STECKLER WAYNE COCHRAN CHERRY, PLLC**<br>8416 Old McGregor Rd.<br>Waco, TX 76712 | Melissa R. Smith<br>Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Tel: (903) 934-8450<br><br>*Counsel for Microsoft Corporation* |

Tel: (254) 651-3690

*Counsel for WSOU Investments, LLC d/b/a
Brazos Licensing and Development*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system per Local Rule CV-5(a) on December 20, 2021.

                                                  */s/ Barry K. Shelton*
                                                  Barry K. Shelton